UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR _179_ (SVN)(TOF) |
| v. | VIOLATIONS: |
| JEBRELL CONLEY, a.k.a. "Brell," a.k.a. "City" | 18 U.S.C. § 1951(a)<br>(Interference with Commerce by Robbery)<br><br>18 U.S.C. § 924(c)(1)(A)(iii)<br>(Carrying, Using, and Discharging a Firearm During and in Relation to a Crime of Violence)<br><br>18 U.S.C. § 2<br>(Aiding and Abetting) |

INDICTMENT

COUNT ONE
(Interference with Commerce by Robbery)

1. On or about July 4, 2023, in the District of Connecticut, the defendant JEBRELL CONLEY, a.k.a. "Brell," a.k.a. "City," together with others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that CONLEY and others known and unknown to the Grand Jury did, and knowingly aided and abetted each other to, unlawfully take and obtain the property of D.H., whose identity is known to the Grand Jury, against D.H.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property in his custody and possession, that is, CONLEY, along with other individuals, did

physically hit, pistol-whip, and shoot D.H. with a firearm and steal narcotics and narcotics proceeds from D.H. outside of a home in Hamden, Connecticut.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
(Carrying, Using, and Discharging a Firearm During and in Relation to a Crime of Violence)

2.  On or about July 4, 2023, in the District of Connecticut, the defendant JEBRELL CONLEY, a.k.a. "Brell," a.k.a. "City," together with others known and unknown to the Grand Jury, did, and knowingly aided and abetted each other to, knowingly carry, use, brandish, and discharge a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as set forth in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## FORFEITURE ALLEGATION
(Interference with Commerce by Robbery Offense)

3.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant JEBRELL CONLEY, a.k.a. "Brell," a.k.a. "City," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1951(a), including but not limited to a sum of money equal to the total amount of any and all property obtained as a result of the offense.

4.      If any of the above described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearm Offense)

5.      Upon conviction of the firearm offense alleged in Count Two of this Indictment, the defendant JEBRELL CONLEY, a.k.a. "Brell," a.k.a. "City," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*[signature]*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*[signature]*
ROSS WEINGARTEN
ASSISTANT UNITED STATES ATTORNEY